RECEIVED
IN LAKE CHARLES, LA
DEC 19 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **MALBERT J. LEWIS** | : | **DOCKET NO. 2:06 CV 1268** |
| VS. | : | **JUDGE MINALDI** |
| **KEITH MCQUAID** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED, that the United States' Motion to Dismiss [doc. 4] filed on behalf of Keith McQuaid is GRANTED. The plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 18 day of Dec, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT